IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ALL DIVISIONS

CASES ASSIGNED TO THE HONORABLE RICHARD L. VOORHEES

| Case | Number | |
|---|---|---|
| TORRES v. COLVIN | 1:14CV7 | ) |
| DEL VECCHIO v. COLVIN | 1:14CV116 | ) |
| WHITE v. COLVIN | 1:14CV161 | ) |
| GUINN v. COLVIN | 1:14CV182 | ) |
| DILLINGHAM v. COLVIN | 1:14CV210 | ) |
| MARTIN v. COLVIN | 1:14CV234 | ) |
| CRAIG v. COLVIN | 1:14CV256 | )  **O R D E R** |
| ADKINS v. COLVIN | 1:15CV1 | ) |
| FORERO v. COLVIN | 1:15CV6 | ) |
| BROWN v. COLVIN | 1:15CV46 | ) |
| LEDFORD v. COLVIN | 1:15CV56 | ) |
| MOSS v. COLVIN | 1:15CV75 | ) |
| GRIFFIS v. COLVIN | 2:12CV29 | ) |
| HAGEDORN v. COLVIN | 2:12CV85 | ) |
| BROWN v. COLVIN | 2:13CV33 | ) |
| BASTY v. COLVIN | 2:13CV37 | ) |
| BRAMBLETT v. COLVIN | 2:14CV11 | ) |
| KISSELBURG v. COLVIN | 2:14CV48 | ) |
| ASHCRAFT v. COLVIN | 3:13CV417 | ) |
| WILLIAMS v. COLVIN | 3:13CV701 | ) |
| FRALEY v. COLVIN | 3:14CV192 | ) |
| ELLERBE v. COLVIN | 3:14CV275 | ) |
| BROWN v. COLVIN | 3:14CV409 | ) |
| MELTON v. COLVIN | 3:14CV447 | ) |
| HICKLIN-JONES v. COLVIN | 3:14CV584 | ) |
| HAND v. COLVIN | 3:14CV626 | ) |
| GRAHAM v. COLVIN | 3:14CV633 | ) |
| MYERS v. COLVIN | 3:14CV655 | ) |
| SMITH v. COLVIN | 3:15CV72 | ) |
| GUYTON v. COLVIN | 3:15CV109 | ) |
| BURKE v. COLVIN | 5:12CV191 | ) |
| ANDERSON v. COLVIN | 5:13CV55 | ) |
| MASH v. COLVIN | 5:13CV139 | ) |
| BRADSHAW v. COLVIN | 5:14CV5 | ) |
| SINGER v. COLVIN | 5:14CV34 | ) |
| WOOD v. COLVIN | 5:14CV171 | ) |
| SCHRUM v. COLVIN | 5:15CV45 | ) |
| _____ | | ) |

**THIS MATTER** is before the Court *sua sponte* in light of *Mascio v. Colvin*, 780 F.3d 632 (4th Cir. 2015).[1] The parties are hereby directed to consult one another and discuss, in good faith, whether the ruling in *Mascio* requires sentence four remand pursuant to 42 U.S.C. § 405(g) for rehearing or other administrative proceedings. The parties shall then advise the Court via Status Report to be filed with the Court **on or before June 8, 2015** on this issue, namely, whether remand to the Commissioner of Social Security is appropriate. The Status Report must certify that counsel have, in fact, discussed *Mascio* and its implications in the specific case. If a consent to remand is not proposed and supplemental briefing is requested by either party, all supplemental filings should be submitted **on or before June 15, 2015**.

    **SO ORDERED**.

Signed: May 21, 2015

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued on May 11, 2015.