# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CV-00007-RLV

| | |
|---|---|
| SANDRA TORRES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN COLVIN, ACTING ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act (the "Motion"). [Doc. No. 17]. In the Motion, the Plaintiff requests attorney's fees in the amount of $3,550.00, representing 19 hours of attorney work. Plaintiff also requests reimbursement of $50.00 for the cost of a partial filing fee she paid at the commencement of this litigation. The Defendant has consented to this fee request and agrees that it is reasonable. The Court has reviewed the Plaintiff's request, as well as the evidence submitted in support of the request, and finds that the Plaintiff's requested fee and the hours spent prosecuting this matter are reasonable. *See*, *e.g.*, *Rogers v. Astrue*, No. 5:12-CV-00003-RLV-DCK, 2015 WL 9239000, at *3 (W.D.N.C. Dec. 17, 2015) (Voorhees, J.).

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded from Defendant the sum of $3,550.00 in attorney's fees, subject to any valid offset. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Such sums shall be paid to the order of Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to her counsel's office. **IT IS FURTHER ORDERED** that Plaintiff be reimbursed the amount of $50.00, representing the cost of a partial filing fee she paid at the

commencement of this litigation. Such costs shall be paid by the Department of Treasury pursuant to 31 U.S.C. § 1304. *See Rogers*, 2015 WL 9239000, at *4.

    **SO ORDERED**.

Signed: March 30, 2016

Richard L. Voorhees
United States District Judge